IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON,
ADC #84733                                                                            PLAINTIFF

v.                             No. 2:14-cv-1-DPM-JTK

DANNY BURL, Warden, East Arkansas
Regional Unit; DEXTER PAYNE, Deputy
Warden of Operation, East Arkansas
Regional Unit; TODD BALL, Deputy
Warden of Security, East Arkansas
Regional Unit; WALTON, Mailroom
Supervisor, East Arkansas Regional Unit;
ESTATE OF BARBARA ESTER, Property
Supervisor, East Arkansas Regional Unit;
and LYNETTE DICKERSON, Property
Supervisor, East Arkansas Regional Unit                                  DEFENDANTS

ORDER

Opposed recommendation, № 8, adopted as modified and supplemented. FED. R. CIV. P. 72(b)(3). Winston says that defendants lost or destroyed his personal property. Most of the claims are probably untimely. In any event, he has not pleaded § 1983 claims; he has, instead, pleaded state-law claims for conversion. Winston's potential remedy, if any at this date, is at the Claims Commission. *Hudson v. Palmer*, 468 U.S. 517, 533 (1984); *Willis Smith and Co., Inc. v. Arkansas*, 548 F.3d 638, 640 (8th Cir. 2008).

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

14 May 2014