IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

CHARLES A. WINSTON,
ADC #84733                                                                      PLAINTIFF

v.                          No. 2:14-cv-1-DPM

DANNY BURL, Warden, East Arkansas
Regional Unit; DEXTER PAYNE, Deputy
Warden of Operation, East Arkansas
Regional Unit; TODD BALL, Deputy
Warden of Security, East Arkansas
Regional Unit; WALTON, Mailroom
Supervisor, East Arkansas Regional Unit;
ESTATE OF BARBARA ESTER, Property
Supervisor, East Arkansas Regional Unit;
and LYNETTE DICKERSON, Property
Supervisor, East Arkansas Regional Unit                                         DEFENDANTS

## JUDGMENT

Winston's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

14 May 2014